UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MOSES R. MANCILLA, | ) | No. CV 09-1978 ODW (FFM) |
|          Petitioner, | ) ) ) | JUDGMENT |
|    v. | ) ) | |
| RICH SUBIA, | ) ) | |
|          Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 10, 2011

OTIS D. WRIGHT
United States District Judge